# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al.*, <br><br> Defendants. | Case No. 23-cv-03581 <br> Principal case pending in the United States District Court for the Northern District of Illinois Eastern Division, <br> Case No. 22 CV 03773 <br> Magistrate Judge Young B. Kim |

## **NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2023 at 11:00 a.m., or as soon as counsel may be heard by the Court, counsel for Non-Party SoundThinking, Inc. ("SoundThinking") f/k/a ShotSpotter, Inc., shall appear before the Honorable Judge Young B. Kim or any Judge sitting in his stead in Courtroom 1019 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, and there present Non-Party SoundThinking, Inc.'s Motion to Quash Subpoena served by Plaintiffs.

Counsel for SoundThinking note that the parties are scheduled to appear before Judge Kim on June 20, 2023 at 1:00 p.m. for a hearing on Plaintiffs' motion to enforce subpoena. SoundThinking is willing and will be prepared to argue its Motion to Quash Subpoena at that time should the Court decide to consider it at that time notwithstanding the Court's notice to hear motions at 11:00 a.m.

|  | Respectfully submitted, |
|---|---|
| Dated: June 7, 2023 | /s/ *Matthew C. Crowl* <br>         Matthew C. Crowl |
| Matthew C. Crowl (ARDC # 6201018) <br> mcrowl@rshc-law.com <br> Adam Safer (ARDC # 6330807) <br> asafer@rshc-law.com | Warrington S. Parker, III <br> (*Pro hac vice application pending*) <br> Kevin D. Cacabelos <br> (*Pro hac vice application pending*) |

1

| | |
|---|---|
| RILEY SAFER HOLMES<br>& CANCILA LLP<br>70 W. Madison Street<br>Suite 2900<br>Chicago, IL 60602<br>Telephone: +1 312 471 8700<br>Facsimile:  +1 312 471 8701 | CROWELL & MORING LLP<br>3 Embarcadero Center, 26 Fl.<br>San Francisco, CA 94111<br>Telephone: +1 415 986 2800<br>Facsimile:  +1 415 986 2827 |

**Certificate of Service**

  I, Matthew C. Crowl, an attorney, certify that I served this Notice of Motion on all counsel of record by filing it on the Court's CMECF system.

                          */s/ Matthew C. Crowl*