**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al.*, <br><br> Defendants. | Case No. 23-cv-03581 <br> Principal case pending in the United States District Court for the Northern District of Illinois Eastern Division, <br> Case No. 22 CV 03773 <br> Magistrate Judge Young B. Kim |

**DECLARATION OF WALTER COLLIER III IN SUPPORT OF NON-PARTY SOUNDTHINKING, INC.'S MOTION TO QUASH SUBPOENA**

I, Walter Collier III, declare as follows:

1. I submit this Declaration in support of Non-Party SoundThinking, Inc.'s ("SoundThinking", f/k/a ShotSpotter, Inc.) Motion to Quash Subpoena. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently to the below.

2. I am a Forensic Services Manager at SoundThinking, formerly known as ShotSpotter, Inc., where I have been employed since 2014. In my position, I serve as a technical subject matter expert for SoundThinking's ShotSpotter product, and I am primarily responsible for forensic analysis. I also share responsibility for technical tutelage within the company, and I routinely provide advanced technical expertise to SoundThinking's ShotSpotter Customer Support Team.

3. I have reviewed the subpoena issued to SoundThinking in connection with the above-captioned matter.

1

**SoundThinking's Mission & Services**

4. ShotSpotter, Inc. was founded in 1996. On April 10, 2023, it officially changed its name to SoundThinking, Inc. SoundThinking is a company that uses gunfire detection and location technology and associated services to make communities safer and to reduce risk for police officers responding to potentially dangerous incidents. Over 140 cities in the United States, including Chicago, contract with SoundThinking for its ShotSpotter services. ShotSpotter has been in Chicago since 2017.

5. The technology monitors gunshot activity around the clock in order to provide timely and accurate information to its clients. Its services can be used to provide information that enables first responders to aid victims, collect evidence, and quickly apprehend armed and dangerous criminals. It also enhances officer safety and effectiveness by providing critical intelligence such as real-time access to maps of shooting locations, gunshot audio, and actionable intelligence detailing the number of shooters and the number of shots fired.

6. SoundThinking is the only company in the world of its type. While other companies that claim to offer gunshot detection exist, none of them provide services with the depth and extent of SoundThinking's technology, intellectual property, human expertise, and real-world experience.

7. ShotSpotter uses acoustic sensors placed on rooftops of homes and other buildings, as well as on other structures, to help detect and locate gunshots.

8. ShotSpotter acoustic sensors capture the precise time and audio associated with impulsive sounds known as "acoustic pulses" that may represent gunfire. When three or more sensors detect a sound that is consistent with gunfire – such as a "bang" or a "pop" sound, the sensors transmit this acoustic pulse to a computer. ShotSpotter's complex proprietary software then calculates the location of the acoustic pulse.

9. ShotSpotter utilizes multilateration, a mathematical method, to estimate the gunshot location. Computations using differences in the times of arrival of acoustic pulses at each sensor site and the intersections of curves computed from sensor pairs determine the gunfire's estimated location. This methodology, using radio signals instead of acoustic signals, is also the basis of the Global Positioning System (GPS), used extensively for positioning and navigation. ShotSpotter provides the calculated latitude and longitude of gunfire. That latitude and longitude does not always perfectly synch to a street address. However, ShotSpotter does provide the street address nearest the latitude and longitude it provides. ShotSpotter informs its customers—and it can be found on its website—that ShotSpotter is generally accurate within a 25-meter radius (82 feet).

10. ShotSpotter technology produces a software-generated assessment of an acoustic pulse's source, known as a "machine classification." When the machine classification exceeds a certain threshold determination that the noise event may be a gunshot, ShotSpotter software forwards the incident data to its Incident Review Center ("IRC"), where human analysts review all available data to determine whether the noise event was gunfire. If the noise does not reach that threshold determination, the computer moves the file to storage.

11. If IRC staff determine that a noise event was gunfire, they "publish" a ShotSpotter alert to the responsible law enforcement agency. This alert details the calculated location of the gunfire and provides other details, such as how many rounds ShotSpotter concluded were fired. If the IRC staff determines that the noise is not consistent with gunfire, no alert is sent and no location information is sent.

12. While law enforcement and prosecutors may subsequently review the information included in alerts and the audio files associated with them in a ShotSpotter report, IRC staff do

not participate in the forensic process of analyzing information to be used in criminal prosecutions. IRC staff are not offered by SoundThinking as witnesses. Instead, upon request from a law enforcement agency or counsel for a party, SoundThinking has three specialized forensic analysts, including myself, who review the acoustic data and other information associated with a shooting event and prepare a Detailed Forensic Report summarizing their findings based on their application of their professional expertise and ShotSpotter technology to the available data. I typically author Detailed Forensic Reports for ShotSpotter alerts in Cook County. I have testified for both defendants and prosecutors involving ShotSpotter evidence.

13. ShotSpotter technology cannot and does not identify who might have been responsible for the gunfire. It cannot identify the type of gun that was fired.

14. ShotSpotter evidence and ShotSpotter expert witness testimony has been successfully admitted in more than 250 court cases in 22 states including the District of Columbia.

15. ShotSpotter protocols and practices for gunshot analysis and SoundThinking's proprietary source code are, like other aspects of this process, extremely valuable to the company in providing these services. Its human analysts are highly specialized and experienced. It took SoundThinking four years and significant amounts of money to develop even its first commercially viable technology. SoundThinking possesses over two dozen patents and has continued to develop and improve its acoustic location technology for decades. Were SoundThinking's competitors to gain access to this information, they would be able to use it to gain a significant commercial advantage. SoundThinking accordingly takes many steps to keep its protocols and source code confidential, including by employing physical and electronic

security features on its digital systems where these materials are stored, and by requiring personnel to who handle them to execute nondisclosure agreements.

16. Because SoundThinking has been in operations since 1996, it has amassed a significant number of documents and data regarding the noise events, employees, practices, protocols, engineering records, and virtually every other aspect of its business. According to the City of Chicago ShotSpotter dataset available at, https://data.cityofchicago.org/Public-Safety/Violence-Reduction-Shotspotter-Alerts/3h7q-7mdb, as of June 4, 2023, there have been 168,553 ShotSpotter alerts in Chicago since the system began operating in the city in 2017. Based on my review of the subpoena in this case, I estimate it would take employees approximately 50 hours to compile and review the materials necessary for SoundThinking to fully respond to each of its requests.

17. Request 13 asks for "[a]ll data, plans, summaries, studies, reports, and other Documents regarding the samples used and approach taken to train ShotSpotter's 'machine-learning' algorithms to identify and locate gunfire." Responding to this request would require SoundThinking to produce over two decades' worth of data. Compiling, reviewing, and preparing this data would impose both a significant burden and expense on SoundThinking.

### ShotSpotter Sensor Locations

18. The locations of ShotSpotter sensors are highly confidential. When SoundThinking places sensors on private property, SoundThinking enters into agreements with the owners of those homes, buildings, or other structures, to receive permission to place the acoustic sensors on their properties. Those agreements contain nondisclosure provisions that protect the identities of the individuals who give SoundThinking permission to place sensors on their properties, as well as to protect the location of ShotSpotter technology.

19. These nondisclosure agreements are invaluable to SoundThinking's ability to negotiate agreements with property owners, who are often concerned about being identified as assisting law enforcement. Disclosure of the locations of those sensors would significantly impair SoundThinking's ability to secure permission from other property owners in the future, with a corresponding negative effect on SoundThinking's ability to help law enforcement protect public safety. Because ShotSpotter sensors are used for law enforcement purposes, disclosure of the locations of the sensors also could put property owners at risk as well.

20. At times, when the locations of ShotSpotter sensors have been revealed to the public, sensors have been deliberately vandalized, preventing their use in detecting gunshots. Individuals who permitted SoundThinking to install ShotSpotter sensors on their property might also be subject to threats if it becomes known and they are perceived to be cooperating with law enforcement.

21. Accordingly, SoundThinking takes great efforts to protect the confidentiality of its sensors' locations. SoundThinking generally does not disclose the locations of its sensors to third parties, including clients like the City of Chicago and its police department. SoundThinking also employs data security measures to protect its sensors' locations, by, for example, encrypting certain relevant electronic information and deploying physical security measures to prevent unauthorized persons from accessing the systems on which that information is stored.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of June, 2023 at Manassas, Virginia.

*/s/ Walter Collier III*
Walter Collier III