**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>Defendants. | Case No. 23-cv-03581<br>Principal case pending in the United States District Court for the Northern District of Illinois Eastern Division,<br>Case No. 22 CV 03773<br>Magistrate Judge Young B. Kim |

**SOUNDTHINKING INC'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Nonparty, SoundThinking, Inc. ("SoundThinking"), f/k/a ShotSpotter, Inc., by its undersigned attorneys, respectfully moves this Court pursuant to Local Rule 26.2 for leave to file certain exhibits under seal for purposes of SoundThinking's ("Motion", Dkt. 001) to Quash Subpoena. In support, SoundThinking states the following:

1. On June 7, 2023, SoundThinking filed its Motion to Quash Subpoena.

2. In support of its Motion, SoundThinking filed a declaration of Warrington S. Parker III with attached exhibits.

3. Attached to this declaration are Exhibits 8, 9, 10, These exhibits are excerpts from the arrest reports of the named Plaintiffs in the above-captioned case.

4. Out of an abundance of caution, SoundThinking filed these exhibits provisionally under seal in order to protect any of the parties' Confidential Information from disclosure. Filing the contents of these exhibits as part of the public record may disclose information designated Confidential to the public.

1

5.   Before this Motion is heard, SoundThinking will confer with the parties to

determine whether the exhibits should be continued to be protected from disclosure.

6.   Accordingly, SoundThinking respectfully requests leave to file these exhibits

under seal, and for any other and further relief as the court deems just and reasonable.

Respectfully submitted,

Dated:  June 7, 2023                                        /s/ *Matthew C. Crowl*
                                                                        Matthew C. Crowl

Matthew C. Crowl (ARDC # 6201018)              Warrington S. Parker, III
mcrowl@rshc-law.com                                    (*Pro hac vice application pending*)
Adam Safer (ARDC # 6330807)                       Kevin D. Cacabelos
asafer@rshc-law.com                                      (*Pro hac vice application pending*)

RILEY SAFER HOLMES                                   CROWELL & MORING LLP
   & CANCILA LLP                                           3 Embarcadero Center, 26 Fl.
70 W. Madison Street                                     San Francisco, CA 94111
Suite 2900                                                    Telephone: +1 415 986 2800
Chicago, IL 60602                                          Facsimile:  +1 415 986 2827
Telephone: +1 312 471 8700
Facsimile:  +1 312 471 8701

## Certificate of Service

I, Matthew C. Crowl, an attorney, certify that I served this Motion for Leave to File Under Seal on all counsel of record by filing it on the Court's CMECF system.

*/s/ Matthew C. Crowl*